FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA KKD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8713

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | 21 U.S.C. § 952 and 960 |
| Jose ROBLES-Armenta, | ) | Importation of a Controlled Substance (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

That on or about August 10, 2008, within the Southern District of California, defendant Jose ROBLES-Armenta, did knowingly and intentionally import approximately 6.06 kilograms (13.33 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Renato Gates, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF August 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Jose ROBLES-Armenta

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates

On August 10, 2008, at approximately 1758 hours, Jose ROBLES-Armenta (ROBLES-Armenta) entered the United States from Mexico at the Calexico, California, West Port of Entry. ROBLES-Armenta was the driver and sole occupant of a 2000 Ford F-250 bearing Baja California plate #BN20456.

Customs & Border Protection Officer (CBPO) D. Pizano made contact with ROBLES-Armenta as he applied for entry into the United States. ROBLES-Armenta gave a negative Customs declaration. CBPO Pizano noticed ROBLES-Armenta was avoiding eye contact. CBPO Pizano opted to refer the vehicle to secondary for further inspection.

CBPO J. Kierepka received a negative Customs declaration from ROBLES-Armenta. ROBLES-Armenta stated he owned the vehicle for one month and was going to buy clothes in Calexico, California. CBPO Kierepka noticed ROBLES-Armenta's hands shake.

CBPO M. Price screened the vehicle with his Human/Narcotic Detector Dog, which alerted to the vehicle. ROBLES-Armenta informed CBPO Price he was going to buy auto parts in Calexico. CBPO A. Moreno received a negative Customs declaration from ROBLES-Armenta. ROBLES-Armenta stated he was going to buy a wheelchair in Calexico. CBPO Moreno searched the vehicle and discovered 18 packages hidden

within the rear differential case. CBPO Moreno probed one of the packages, producing a white powdery substance, which field-tested positive for methamphetamine. The approximate weight of the packages was 6.06 kilograms (13.33 pounds) of methamphetamine.

Immigration and Customs Enforcement Special Agents Renato Gates and Rudy Garcia were notified of the seizure and responded. Agent Gates advised ROBLES-Armenta of his rights per Miranda. ROBLES-Armenta stated he understood his rights and was willing to answer questions without the presence of an attorney. During the interview of ROBLES-Armenta, he stated he knew methamphetamine was in the vehicle when he attempted entry into the United States. ROBLES-Armenta stated he was going to be paid approximately $2,000.00 for the smuggling venture.